IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased,<br><br>    Plaintiff and Counterclaim Defendant,<br><br> -against-<br><br>RAYMOND JAMES & ASSOCIATES, INC.,<br><br>    Defendant and Cross-claim Defendant,<br><br>and<br><br>CHRISTINE M. POFFENBARGER,<br><br>    Defendant, Counterclaim Plaintiff, Cross-claim Plaintiff and Third-Party Plaintiff,<br><br> -against-<br><br>WILLIAM R. DAVIS, JAMES W. DAVIS, JR., LINDA M. TROUTT, and STAR ENTERPRISE, INC.,<br><br>Third-party Defendants. | Civil Action No. 05-288 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

  Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Frederick A. Brodie and Kristen R. Fournier of Pillsbury Winthrop Shaw Pittman, LLP, 1540 Broadway, New York, NY 10036, to represent Third-Party Defendant Star Enterprise, Inc. in this matter.

POTTER, ANDERSON & CORROON LLP

By: _____
Laurie Selber Silverstein (#2396)
Sarah E. DiLuzio (#4085)
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000
lsilverstein@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Third-Party Defendant
Star Enterprise, Inc.*

Dated: May 17, 2005

682055/29119