## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of the District of Columbia and Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

     In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

     ☐ has been paid to the Clerk of the Court

     ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 16, 2005     Signed: _____
Kristen R. Fournier
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1000