## **CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify that on May 17, 2005, I electronically filed true and correct copies of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and hand delivered two (2) copies to the following counsel of record:

David J. Ferry, Jr., Esq.
Ferry, Joseph & Pearce, P.A.
824 N. Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19801
dferry@ferryjoseph.com

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806
rpenza@gfmlaw.com

Raymond James & Associates, Inc.
c/o Registered Agent
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

_/s/ Sarah E. DiLuzio_
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

682055/29119