IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>-against-<br><br>RAYMOND JAMES & ASSOCIATES, INC.,<br><br>    Defendant and Cross-claim Defendant,<br><br>and<br><br>CHRISTINE M. POFFENBARGER,<br><br>    Defendant, Counterclaim Plaintiff, Cross-claim Plaintiff and Third-Party Plaintiff,<br><br>-against-<br><br>WILLIAM R. DAVIS, JAMES W. DAVIS, JR., LINDA M. TROUTT, and STAR ENTERPRISE, INC.,<br><br>Third-Party Defendants. | Civil Action No. 05-288 |

## STAR ENTERPRISE, INC.'S MOTION TO DISMISS
## THE THIRD PARTY COMPLAINT

Third-Party Defendant Star Enterprise, Inc., hereby moves to dismiss the Third Party Complaint in this action pursuant to Fed. R. Civ. P. 12(b)(6), for failure to exhaust administrative remedies before bringing suit, and for such other and further relief that the Court deems just and proper. The grounds for this motion are fully set forth in Star Enterprise, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss, filed contemporaneously herewith.

POTTER, ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Laurie Selber Silverstein (#2396)
Sarah E. DiLuzio (#4085)
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000
lsilverstein@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Third-Party Defendant*
*Star Enterprise, Inc.*

Of counsel:

Frederick A. Brodie
Kristen R. Fournier
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1000


Dated: May 17, 2005
682523/29119

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on May 17, 2005, I electronically filed true and correct copies of the foregoing STAR ENTERPRISE, INC.'S MOTION TO DISMISS THE THIRD-PARTY COMPLAINT with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and hand delivered two (2) copies to the following counsel of record:

David J. Ferry, Jr., Esq.
Ferry, Joseph & Pearce, P.A.
824 N. Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19801
dferry@ferryjoseph.com

Robert A. Penza, Esq.
Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806
rpenza@gfmlaw.com

Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
Wilmington, DE 19801
kconnors@mdwcg.com

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com