IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RAYMOND JAMES & ASSOCIATES, INC.,<br><br>    Defendant and Cross-claim Defendant,<br><br>and<br><br>CHRISTINE M. POFFENBARGER,<br><br>    Defendant, Counterclaim Plaintiff, Cross-claim Plaintiff and Third-Party Plaintiff,<br><br>    v.<br><br>WILLIAM R. DAVIS, JAMES W. DAVIS, JR., LINDA M. TROUTT, AND STAR ENTERPRISE, INC.,<br><br>    Third-Party Defendants. | C.A. No. 05-288 (KAJ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of the undersigned as attorneys for the Plaintiff, Counter-claim Defendant and Third-Party Defendant William R. Davis, and Third-Party Defendants James W. Davis, Jr. and Linda M. Troutt.

```
                              FERRY, JOSEPH & PEARCE, P.A.


                              /s/David J. Ferry, Jr.
                              David J. Ferry, Jr. (#2149)
                              Rick S. Miller (#3418)
                              824 Market Street, Suite 904
                              P.O. Box 1351
                              Wilmington, DE 19899-1351
                              (302) 575-1555
                              Attorneys for William R. Davis,
                              James W. Davis., Jr. and Linda M.
                              Troutt
Dated: May 20, 2005
```

**CERTIFICATE OF SERVICE**

I hereby certify that two copies of the foregoing Entry of Appearance were served on May 20, 2005 upon the following persons in the indicated manner:

**HAND DELIVERY**

Laurie Selber Silverstein, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall Dennehey et al.
1220 N. Market Street, 5th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Robert A. Penza, Esquire
Peter M. Sweeney, Esquire
Gordon Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

Frederick A. Brodie, Esquire
Kristen R. Fournier, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036

At penalty of perjury I declare the foregoing is true and correct.

/s/Rick S. Miller
Rick S. Miller (#3418)