IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RAYMOND JAMES & ASSOCIATES, INC.,<br><br>    Defendant and Cross-claim Defendant,<br><br>and<br><br>CHRISTINE M. POFFENBARGER,<br><br>    Defendant, Counterclaim Plaintiff, Cross-claim Plaintiff and Third-Party Plaintiff,<br><br>    v.<br><br>WILLIAM R. DAVIS, JAMES W. DAVIS, JR., LINDA M. TROUTT, AND STAR ENTERPRISE, INC.,<br><br>    Third-Party Defendants. | C.A. No. 05-288 (KAJ) |

**NOTICE OF NO OPPOSITION TO**
**<u>MOTION TO DISMISS</u>**

    PLEASE TAKE NOTICE that William R. Davis, James W. Davis, Jr. and Linda M. Troutt do not oppose the motion to dismiss filed by Star Enterprise, Inc. and will be filing no papers either in support of or in opposition to the motion.

                                      FERRY, JOSEPH & PEARCE, P.A.

                                      <u>/s/David J. Ferry, Jr.</u>
                                      David J. Ferry, Jr. (#2149)
                                      Rick S. Miller (#3418)
                                      824 Market Street, Suite 904
                                      P.O. Box 1351
                                      Wilmington, DE 19899-1351
                                      (302) 575-1555
                                      Attorneys for William R. Davis,
                                      James W. Davis., Jr. and Linda M.
Dated: May 20, 2005                 Troutt

**CERTIFICATE OF SERVICE**

I hereby certify that two copies of the foregoing Notice of No Opposition to Motion to Dismiss of Appearance were served on May 20, 2005 upon the following persons in the indicated manner:

**HAND DELIVERY**

Laurie Selber Silverstein, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall Dennehey et al.
1220 N. Market Street, 5th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Robert A. Penza, Esquire
Peter M. Sweeney, Esquire
Gordon Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

Frederick A. Brodie, Esquire
Kristen R. Fournier, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036

At penalty of perjury I declare the foregoing is true and correct.

/s/Rick S. Miller
Rick S. Miller (#3418)