IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased, | : |
| Plaintiff, Counterclaim-Defendant, | : C.A. No.: 05-288 (KAJ) |
| v. | : |
| RAYMOND JAMES & ASSOCIATES, INC., | : |
| Defendant, Crossclaim-Defendant, | : |
| and | : |
| CHRISTINE M. POFFENBARGER, | : |
| Defendant, Counterclaim-Plaintiff, Crossclaim-Plaintiff and Third-Party Plaintiff, | : |
| v. | : |
| WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC., | : |
| Third-Party Defendants. | : |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED between Defendant, Counterclaim Plaintiff, Cross-Claim Plaintiff and Third-Party Plaintiff, Christine M. Poffenbarger ("Poffenbarger"), and Third-Party Defendant Star Enterprise, Inc. ("Star Enterprise"), that the time for Poffenbarger to file her Answer to Star Enterprise's Motion to Dismiss Poffenbarger's Third-Party Complaint is extended until

Friday, June 10, 2005 and that Star Enterprise's time to file its Reply is extended until Monday, June 27, 2005.

          **POTTER, ANDERSON & CORROON, LLP**

*Sarah E. DiLuzio*
Laurie Selber Silverstein, Esq. (DSB 2396)
Sarah E. DiLuzio, Esq. (DSB 4085)
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
(302)984-6000
lsilverstein@potteranderson.com
sdiluzio@potteranderson.com

**Of Counsel:**

Frederick A. Brodie, Esq.
Kristen R. Fournier, Esq.
Pillsbury, Winthrop, Show, Pittman, LLP
1540 Broadway
New York, NY 10036
(212)858-1000
Attorneys for Third-Party Defendant
Star Enterprises, Inc.

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

*Peter M. Sweeney*
Robert A. Penza, Esq. (DSB 2769)
Peter M. Sweeney, Esq. (DSB 3671)
1925 Lovering Avenue
Wilmington, DE 19806
(302)652-2900
rpenza@gfmlaw.com
psweeney@gfmlaw.com
Attorneys for Defendant, Counterclaim Plaintiff, Cross-Claim Plaintiff and Third-Party Plaintiff Christine M. Poffenbarger

IT IS SO ORDERED this _____ day of _____, 2005.

          _____
          The Honorable Kent A. Jordan