IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased, : : : : Plaintiff, Counterclaim-Defendant, : : : v. : : RAYMOND JAMES & ASSOCIATES, INC., : : Defendant, Crossclaim-Defendant, : : : and : : CHRISTINE M. POFFENBARGER, : : Defendant, Counterclaim-Plaintiff, Crossclaim-Plaintiff and Third-Party Plaintiff, : : : : : v. : : WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC., : : : : Third-Party Defendants. : | C.A. No.: 05-288 (KAJ) |

## NOTICE OF SERVICE

I, Peter M. Sweeney, Esquire, hereby certify that on this 8th day of June 2005, I caused two true and correct copies of Defendant and Third-Party Plaintiff Christine M. Poffenbarger's Responses to Plaintiff and Third-Party Defendant William R. Davis' First Request for the Production of Documents to be served on the following individuals via hand delivery or U.S. Mail as indicated:

**VIA HAND DELIVERY**

David J. Ferry, Jr., Esquire
Ferry, Joseph & Pearce, P. A.
824 Market Street, Suite 904
Wilmington, DE   19801

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
Wilmington, DE   19801

Laurie Selber Silverstein, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE   19801

**REGULAR U.S. MAIL**

Frederick A. Brodie, Esquire
Kristen R. Fournier, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY   10036

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

**/s/ Peter M. Sweeney**

Date: June 8, 2005

Robert A. Penza, Esq. (DSB #2769)
Peter M. Sweeney, Esq. (DSB #3671)
1925 Lovering Avenue
Wilmington, DE 19806
(302) 652-2900
psweeney@gfmlaw.com
Attorneys for Defendant, Crossclaim-Plaintiff,  Counterclaim-Plaintiff and Third-Party Plaintiff Christine M. Poffenbarger