# Gordon, Fournaris & Mammarella, P.A.
### Attorneys at Law
### 1925 Lovering Avenue
### Wilmington, Delaware 19806

Peter S. Gordon*
Thomas Mammarella
Emmanuel G. Fournaris*
Robert A. Penza
Bryan E. Keenan*
Peter M. Sweeney
Francis X. Gorman
Michael M. Gordon**

*Also Pennsylvania Bar
**Also Maryland Bar
+Also New York Bar

Telephone Number:
(302) 652-2900
Telecopier Numbers:
(302) 652-1142
(302) 652-2348

_____

Special Counsel
Grover C. Brown
Michael J. Maimone+

June 8, 2005

**VIA HAND DELIVERY**
The Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
844 N. King Street, Room 4209
Lock Box 10
Wilmington, DE  19801

   Re:   **William R. Davis, as executor of the estate of James W. Davis, Sr., deceased v. Raymond James & Associates, Inc. and Christine M. Poffenbarger v. William R. Davis, James W. Davis, Jr. and Linda M. Troutt, and Star Enterprise, Inc.**
         **C. A. No.: 05-288 (KAJ)**

Dear Judge Jordan:

   Enclosed please find a courtesy copy of three (3) Notices of Service in the above referenced matter, which were electronically filed in the U.S. District Court for the District of Delaware today.  Counsel is available at the Court's convenience if any further information is required.

                                             Respectfully,

                                             **/s/ Peter M. Sweeney**

                                             Peter M. Sweeney
                                             DSB #3671
                                             psweeney@gfmlaw.com

PMS/pas
Enclosure
cc:  Christine M. Poffenbarger (w/encl.)
     Sarah E. DiLuzio, Esquire (w/encl.)
     Frederick A. Brodie, Esquire (w/encl.)
     David J. Ferry, Jr., Esquire (w/encl.)
     Kevin J. Connors, Esquire (w/encl.)
     Robert A. Penza, Esquire (w/o encl.)

J:\P\Poffenbarger.C\JUDGE JORDAN\LTR 05-0608.wpd