IN THE UNITED STATES OF THE DISTRICT OF DELAWARE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased,<br><br>   Plaintiffs,<br><br> v.<br><br>RAYMOND JAMES & ASSOCIATES, INC., a Florida corporation<br><br>   Defendant, Crossclaim-<br>   Defendant,<br><br> and<br><br>CHRISTINE M. POFFENBARGER,<br><br>   Defendant, Counterclaim-<br>   Plaintiff, Crossclaim-<br>   Plaintiff and<br>   Third-Party Plaintiff<br><br> v.<br><br>WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC. a Delaware corporation,<br><br>   Third-Party Defendants. | C.A. No. 05-288 |

**AMENDED ANSWER WITH AFFIRMATIVE DEFENSES OF DEFENDANT, RAYMOND, JAMES & ASSOCIATES, INC., TO PLAINTIFF'S COMPLAINT**

  1. Defendant, Raymond James & Associates, Inc., is without information or knowledge sufficient to enable it to form a belief as to the truth of the averments in paragraph 1 of plaintiff's Complaint.

2. Defendant, Raymond James & Associates, Inc., is without information or knowledge sufficient to enable it to form a belief as to the truth of the averments in paragraph 2 of plaintiff's Complaint.

3. Admitted.

4. Defendant, Raymond James & Associates, Inc., is without information or knowledge sufficient to enable it to form a belief as to the truth of the averments in paragraph 4 of plaintiff's Complaint.

5. Admitted.

6. Admitted that Christine M. Poffenburger is listed on account documents as the named beneficiary of decedent's IRA account.

7. Admitted upon information and belief.

8. Admitted that plaintiff faxed instructions to defendant, Raymond James & Associates, Inc., the terms of which speak for themselves. Defendant, Raymond James & Associates, Inc., is without information or knowledge sufficient to enable it form a belief as to the truth of the remaining factual averments in paragraph 8 of plaintiff's Complaint.

9. Admitted.

10. Admitted upon information and belief.

11. Admitted.

12. Admitted.

13. The averments in the first sentence of paragraph 13 of plaintiff's Complaint are admitted. The averments in the second sentence are denied as conclusions of law to which no response is required.

14. Admitted upon information and belief.

15. Denied as a conclusion of law to which no response is required.

WHEREFORE, defendant, Raymond James & Associates, Inc., demands that plaintiff's Complaint against it be dismissed with prejudice and that judgment be entered in favor of defendant, Raymond James & Associates, Inc., together with reasonable attorneys' fees and costs.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant, Raymond James & Associates, Inc., reserves the right to interplead into Court those IRA funds at issue in the instant matter.

### THIRD AFFIRMATIVE DEFENSE

Any and all claims against defendant, Raymond James & Associates, Inc., are barred by the terms of the applicable Agreement.

### FOURTH AFFIRMATIVE DEFENSE

Defendant, Raymond James & Associates, Inc., breached no duties to any party at any time.

### FIFTH AFFIRMATIVE DEFENSE

No party is entitled to attorneys' fees, interest or costs from defendant Raymond James & Associates, Inc.

### SIXTH AFFIRMATIVE DEFENSE

Defendant, Raymond James & Associates, Inc. is a mere stakeholder and has no interest in the proceeds of the IRA account in question.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant, Raymond James & Associates, Inc., reserves the right to plead additional affirmative defenses as warranted.

WHEREFORE, defendant, Raymond James & Associates, Inc., demands that plaintiff's Complaint against it be dismissed with prejudice and that judgment be entered in favor of defendant, Raymond James & Associates, Inc., together with reasonable attorneys' fees and costs.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:/s/ Kevin J. Connors
**KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant,
Raymond James & Associates, Inc.**

DATED: June 7, 2005
\15_A\LIAB\KJC\LLPG\289456\LAS\01450\00352

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the AMENDED ANSWER WITH AFFIRMATIVE DEFENSES OF DEFENDANT, RAYMOND JAMES & ASSOCIATES, INC., TO PLAINTIFF'S COMPLAINT, in the above-captioned matter this date via e-file and regular mail:

David J. Ferry, Jr., Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Robert A. Penza, Esquire
Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, PA
1925 Lovering Avenue
Wilmington, DE 19806

Sarah E. Diluzio, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951


MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY: /s/ Kevin J. Connors
    KEVIN J. CONNORS, ESQUIRE
    DE ID # 2135
    1220 N. Market St. 5th Floor
    P.O. Box 8888
    Wilmington, DE 19899
    (302) 552-4302
     Attorney for Defendant,
     Raymond James & Associates, Inc.


DATED: June 8, 2005
\15_A\LIAB\KJC\LLPG\289456\LAS\01450\00352

# U.S. District Court

# District of Delaware

Notice of Electronic Filing

The following transaction was received from Connors, Kevin J. entered on 6/7/2005 at 2:50 PM EDT and filed on 6/7/2005

**Case Name:** Davis v. Poffenbarger
**Case Number:** 1:05-cv-288
**Filer:** Raymond James & Associates, Inc.
**Document Number:** 12

**Docket Text:**
Amended ANSWER to Complaint by Raymond James & Associates, Inc..(Connors, Kevin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/7/2005] [FileNumber=53318-0] [ 17a6abb4967d67d31ebfb687a06e7f2fb5adb2ff32d9863e30102bf7323ddc36415370 8bfe0cd330f35cd56fa065e5e1ebc56f7a4b93e7bf18bb33c190cf0ff3]]

**1:05-cv-288 Notice will be electronically mailed to:**

Kevin J. Connors    kconnors@mdwcg.com

Sarah Elizabeth DiLuzio    sdiluzio@potteranderson.com, rbrown@potteranderson.com

David J. Ferry , Jr    dferry@ferryjoseph.com, jdelcollo@ferryjoseph.com;rmiller@ferryjoseph.com

Rick S. Miller    rmiller@ferryjoseph.com,

Peter Michael Sweeney psweeney@gfmlaw.com,

**1:05-cv-288 Notice will be delivered by other means to:**