**IN THE UNITED STATES OF THE DISTRICT OF DELAWARE**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM R. DAVIS, as executor<br>of the estate of James W. Davis,<br>Sr., deceased | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 05-288 |
| | : | |
| v. | : | |
| | : | |
| RAYMOND JAMES & ASSOCIATES, INC.,<br>a Florida corporation | : | |
| | : | |
| Defendant, Crossclaim-<br>Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| CHRISTINE M. POFFENBARGER, | : | |
| | : | |
| Defendant, Counterclaim-<br>Plaintiff, Crossclaim-<br>Plaintiff and<br>Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM R. DAVIS, JAMES W. DAVIS,<br>JR., and LINDA M. TROUTT, and<br>STAR ENTERPRISE, INC. a<br>Delaware corporation, | : | |
| | : | |
| Third-Party Defendants. | : | |

**ORDER**

WHEREAS, defendant, Raymond James & Associates, Inc., on its Motion for

Interpleader and Dismissal under 28 U.S.C. §§ 1335, 1297, and 2361, now wishes to have certain

funds transferred to and deposited with the Clerk of the Court; and

WHEREAS, the deposit of said funds with this Court is authorized by Fed. R. Civ. P. 67 and subject to Order of the Court,

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

1.    The Clerk of the Court shall accept from defendant, Raymond James & Associates, Inc., a check drawn on the account of defendant, Raymond James & Associates, Inc., and to the order of this Court in an amount equal to $116,946.23.

2.    Promptly upon receipt of the check representing payment of the aforesaid sum from defendant, Raymond James & Associates, Inc., the Clerk of Court shall draw a check against the defendant, Raymond James & Associates, Inc., in the aforesaid sum made payable to Wilmington Trust Company and deliver same to Wilmington Trust Company, together with a certified copy of this Order.

3.    Upon receipt of said check by Wilmington Trust Company, it shall be deposited in an interest bearing account to be opened in the name of "Clerk of the Court of the United States District Court for the District of Delaware, Civil Action No. 05-288.

4.    The Clerk of the Court shall deduct from income earned on the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, at equal to ten percent (10%) of the income earned monthly on the investment, whenever such income becomes available for deduction in the investment so held and without further Order of the Court.

5.    The funds deposited with Wilmington Trust Company shall remain on deposit until further Order of this Court.

6.    Defendant, Raymond James & Associates, Inc., shall be discharged from any further obligations relating to decedent's IRA account number 71254380 and shall be dismissed from the above-captioned action with prejudice upon payment of the funds.

_____
UNITED STATES DISTRICT JUDGE

cc:    David J. Ferry, Jr., Esquire
       Ferry, Joseph & Pearce, P.A.
       824 Market Street, Suite 904
       P.O. Box 1351
       Wilmington, DE 19899

       Robert A. Penza, Esquire
       Peter M. Sweeney, Esquire
       Gordon, Fournaris & Mammarella, PA
       1925 Lovering Avenue
       Wilmington, DE  19806

       Laurie Selber Silverstein, Esquire
       Sarah E. Diluzio, Esquire
       Potter, Anderson & Corroon, LLP
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE  19899-0951