## IN THE UNITED STATES OF THE DISTRICT OF DELAWARE

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WILLIAM R. DAVIS, as executor**<br>**of the estate of James W. Davis,**<br>**Sr., deceased** | : <br> : <br> : <br> : | |
| **Plaintiffs,** | : <br> : | **C.A. No. 05-288** |
| **v.** | : <br> : | |
| **RAYMOND JAMES & ASSOCIATES, INC.,**<br>**a Florida corporation** | : <br> : <br> : | |
| **Defendant, Crossclaim-**<br>**Defendant,** | : <br> : <br> : | |
| **and** | : <br> : | |
| **CHRISTINE M. POFFENBARGER,** | : <br> : | |
| **Defendant, Counterclaim-**<br>**Plaintiff, Crossclaim-**<br>**Plaintiff and**<br>**Third-Party Plaintiff** | : <br> : <br> : <br> : <br> : | |
| **v.** | : <br> : | |
| **WILLIAM R. DAVIS, JAMES W. DAVIS,**<br>**JR., and LINDA M. TROUTT, and**<br>**STAR ENTERPRISE, INC. a**<br>**Delaware corporation,** | : <br> : <br> : <br> : <br> : | |
| **Third-Party Defendants.** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served upon all persons listed below two true and correct copies of the MOTION FOR INTERPLEADER AND DISMISSAL OF DEFENDANT, RAYMOND JAMES & ASSOCIATES, INC., above-captioned matter this date via E-file and regular mail:

David J. Ferry, Jr., Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Robert A. Penza, Esquire
Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, PA
1925 Lovering Avenue
Wilmington, DE 19806

Laurie Selber Silverstein, Esquire
Sarah E. Diluzio, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

**BY:/s/ Kevin J. Connors**
     **KEVIN J. CONNORS, ESQUIRE
     DE ID # 2135
     1220 N. Market St. 5th Floor
     P.O. Box 8888
     Wilmington, DE 19899
     (302) 552-4302
     Attorney for Defendant,
     Raymond James & Associates, Inc.**

DATED: June 10, 2005
\I5_A\LIAB\KJC\SLPG\289439\LAS\01450\00352