### Gordon, Fournaris & Mammarella, P.A.
Attorneys at Law
1925 Lovering Avenue
Wilmington, Delaware  19806

Peter S. Gordon*
Thomas Mammarella
Emmanuel G. Fournaris*
Robert A. Penza
Bryan E. Keenan*
Peter M. Sweeney
Francis X. Gorman
Michael M. Gordon**

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR
+ALSO NEW YORK BAR

Telephone Number:
(302) 652-2900
Telecopier Numbers:
(302) 652-1142
(302) 652-2348

_____

Special Counsel
Grover C. Brown
Michael J. Maimone+

June 10, 2005

**VIA HAND DELIVERY**
The Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
844 N. King Street, Room 4209
Lock Box 10
Wilmington, DE   19801

    Re:   **William R. Davis, as executor of the estate of James W. Davis, Sr., deceased v. Raymond James & Associates, Inc. and Christine M. Poffenbarger v. William R. Davis, James W. Davis, Jr. and Linda M. Troutt, and Star Enterprise, Inc. C. A. No.: 05-288 (KAJ)**

Dear Judge Jordan:

    Enclosed please find a courtesy copy of Christine M. Poffenbarger's Answering Memorandum of Law In Opposition of Star Enterprise, Inc.'s Motion To Dismiss Her Third-Party Complaint in the above referenced matter, which was electronically filed in the U.S. District Court for the District of Delaware today.  Counsel is available at the Court's convenience if any further information is required.

                        Respectfully,

                        **/s/ Peter M. Sweeney**

                        Peter M. Sweeney
                        DSB #3671
                        psweeney@gfmlaw.com

PMS/pas
Enclosure
cc:  Christine M. Poffenbarger (w/encl.)
     Laurie Selber Silverstein, Esquire (w/encl.)
     Sarah E. DiLuzio, Esquire (w/encl.)
     Frederick A. Brodie, Esquire (w/encl.)
     David J. Ferry, Jr., Esquire (w/encl.)
     Kevin J. Connors, Esquire (w/encl.)
     Robert A. Penza, Esquire (w/o encl.)