IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased, | : : : : | |
| Plaintiff, Counterclaim-Defendant, | : : : | C.A. No.: 05-288 (KAJ) |
| v. | : : | |
| RAYMOND JAMES & ASSOCIATES, INC., | : : | |
| Defendant, Crossclaim-Defendant, | : : : | |
| and | : : | |
| CHRISTINE M. POFFENBARGER, | : : | |
| Defendant, Counterclaim-Plaintiff, Crossclaim-Plaintiff and Third-Party Plaintiff, | : : : : : | |
| v. | : : | |
| WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC., | : : : : | |
| Third-Party Defendants. | : | |

County of __Cecil__ :
: SS.
State of __Maryland__ :

### AFFIDAVIT OF CHRISTINE M. POFFENBARGER

I, Christine M. Poffenbarger, being duly sworn according to law, hereby depose and say as follows:

1. I am the Defendant, Counterclaim Plaintiff, Crossclaim Plaintiff and Third-Party Plaintiff in the above captioned matter.

2. I have personal knowledge of the facts herein stated.

3. I have reviewed the Factual Background section of "Christine M. Poffenbarger's Answering Memorandum of Law in Opposition of Star Enterprise, Inc.'s Motion to Dismiss Her Third-Party Complaint", and the facts stated therein are true and correct to the best of my knowledge, information and belief.

_Christine M. Poffenbarger_
Christine M. Poffenbarger

SWORN TO AND SUBSCRIBED, before me, this _15_ day of _June_, A. D. 2005.

County/City of _Cecil County Elkton_
Commonwealth/State of _Md_
The foregoing instrument was subscribed and sworn before me this _15_ day of _June_ 2005, by _Zeljka P. CHRISTINE M POFFENBARGER_
(name of person seeking acknowledgment)
_Zeljka Preradovic_
Notary Public
My commission expires: _05/17/09_

_Zeljka Preradovic_
Notary Public

My Commission Expires May 17, 2009

Embossed Hereon Is My
Cecil County, Maryland Notary Public Seal
My Commission Expires May 17, 2009
ZELJKA PRERADOVIC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased, | : : : : | |
| Plaintiff, Counterclaim-Defendant, | : : : | C.A. No.: 05-288 (KAJ) |
| v. | : : | |
| RAYMOND JAMES & ASSOCIATES, INC., | : : | |
| Defendant, Crossclaim-Defendant, | : : : | |
| and | : : | |
| CHRISTINE M. POFFENBARGER, | : : | |
| Defendant, Counterclaim-Plaintiff, Crossclaim-Plaintiff and Third-Party Plaintiff, | : : : : : : | |
| v. | : : | |
| WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC., | : : : : | |
| Third-Party Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Peter M. Sweeney, Esquire, hereby certify that on this 16th day of June 2005, I caused two true and correct copies of the Affidavit of Christine M. Poffenbarger in Support of her Answering Memorandum of Law In Opposition of Star Enterprise, Inc.'s Motion To Dismiss Her Third-Party Complaint to be served on the following individuals via hand delivery or U.S. Mail as indicated below:

**VIA HAND DELIVERY**

David J. Ferry, Jr., Esquire
Ferry, Joseph & Pearce, P. A.
824 Market Street, Suite 904
Wilmington, DE   19801

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
Wilmington, DE   19801

Laurie Selber Silverstein, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE   19801

**REGULAR U.S. MAIL**

Frederick A. Brodie, Esquire
Kristen R. Fournier, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY   10036

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

Date: June 16, 2005

/s/ Peter M. Sweeney
_____
Robert A. Penza, Esq. (DSB #2769)
Peter M. Sweeney, Esq. (DSB #3671)
1925 Lovering Avenue
Wilmington, DE 19806
(302) 652-2900
psweeney@gfmlaw.com
Attorneys for Defendant, Crossclaim-Plaintiff, Counterclaim-Plaintiff and Third-Party Plaintiff Christine M. Poffenbarger