IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased, | : : : : | |
| Plaintiff, Counterclaim- Defendant, | : : : : | C.A. No.: 05-288 (KAJ) |
| v. | : : | |
| RAYMOND JAMES & ASSOCIATES, INC., | : : | |
| Defendant, Crossclaim- Defendant, | : : : | |
| and | : : | |
| CHRISTINE M. POFFENBARGER, | : : | |
| Defendant, Counterclaim- Plaintiff, Crossclaim- Plaintiff and Third-Party Plaintiff, | : : : : : | |
| v. | : : | |
| WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC., | : : : : | |
| Third-Party Defendants. | : | |

**NOTICE OF NO OPPOSITION TO
MOTION FOR INTERPLEADER AND DISMISSAL OF
<u>DEFENDANT, RAYMOND JAMES AND ASSOCIATES, INC.</u>**

<u>      </u>PLEASE TAKE NOTICE that Defendant, Counterclaim Plaintiff, Crossclaim Plaintiff and Third-Party Plaintiff Christine M. Poffenbarger does not oppose the Motion for Interpleader and Dismissal filed by Raymond James & Associates, Inc. and will be

filing no papers either in support of or in opposition to the Motion.

                                          **GORDON, FOURNARIS & MAMMARELLA, P.A.**

                                          **/s/ Peter M. Sweeney**
                                          _____
                                          Robert A. Penza, Esquire (DSB #2769)
                                          Peter M. Sweeney, Esquire (DSB #3671)
                                          1925 Lovering Avenue
                                          Wilmington, DE   19806
                                          psweeney@gfmlaw.com
                                          (302) 652-2900
                                          Attorneys for Defendant, Crossclaim-Plaintiff, Counterclaim-Plaintiff and Third-Party Plaintiff Christine M. Poffenbarger

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased, | : | |
| Plaintiff, Counterclaim-Defendant, | : | C.A. No.: 05-288 (KAJ) |
| v. | : | |
| RAYMOND JAMES & ASSOCIATES, INC., | : | |
| Defendant, Crossclaim-Defendant, | : | |
| and | : | |
| CHRISTINE M. POFFENBARGER, | : | |
| Defendant, Counterclaim-Plaintiff, Crossclaim-Plaintiff and Third-Party Plaintiff, | : | |
| v. | : | |
| WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC., | : | |
| Third-Party Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Peter M. Sweeney, Esquire, hereby certify that on this 23rd day of June 2005, I caused two true and correct copies of the Notice of No Opposition for Interpleader and Dismissal of Defendant Raymond James & Associates, Inc. to be served on the following individuals via hand delivery or U.S. Mail as indicated below:

**VIA HAND DELIVERY**

David J. Ferry, Jr., Esquire
Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P. A.
824 Market Street, Suite 904
Wilmington, DE   19801

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
Wilmington, DE   19801

Laurie Selber Silverstein, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
Wilmington, DE   19801

**REGULAR U.S. MAIL**

Frederick A. Brodie, Esquire
Kristen R. Fournier, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY   10036

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

**/s/ Peter M. Sweeney**

Date: June 23, 2005

Robert A. Penza, Esq. (DSB #2769)
Peter M. Sweeney, Esq. (DSB #3671)
1925 Lovering Avenue
Wilmington, DE 19806
(302) 652-2900
psweeney@gfmlaw.com
Attorneys for Defendant, Crossclaim-Plaintiff, Counterclaim-Plaintiff and Third-Party Plaintiff Christine M. Poffenbarger