# GORDON, FOURNARIS & MAMMARELLA, P.A.
## ATTORNEYS AT LAW
1925 LOVERING AVENUE
WILMINGTON, DELAWARE  19806

PETER S. GORDON*
THOMAS MAMMARELLA
EMMANUEL G. FOURNARIS*
ROBERT A. PENZA
BRYAN E. KEENAN*
PETER M. SWEENEY
FRANCIS X. GORMAN
MICHAEL M. GORDON**

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR
+ALSO NEW YORK BAR

TELEPHONE NUMBER:
(302) 652-2900
TELECOPIER NUMBERS:
(302) 652-1142
(302) 652-2348

_____

Special Counsel
GROVER C. BROWN
MICHAEL J. MAIMONE+

June 29, 2005

**VIA HAND DELIVERY**
The Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
844 N. King Street, Room 4209
Lock Box 10
Wilmington, DE  19801

    **Re:  William R. Davis, as executor of the estate of James W. Davis, Sr., deceased v. Raymond James & Associates, Inc. and Christine M. Poffenbarger v. William R. Davis, James W. Davis, Jr. and Linda M. Troutt, and Star Enterprise, Inc. C. A. No.: 05-288 (KAJ)**

Dear Judge Jordan:

    Pursuant to Local District Court Civil Rule 7.1.4, Defendant, Counterclaim Plaintiff, Crossclaim Plaintiff and Third-Party Plaintiff, Christine M. Poffenbarger hereby requests that oral argument be held on Star Enterprise, Inc.'s Motion to Dismiss the Third-Party Complaint. Counsel is available at the Court's convenience if any further information is required.

    Respectfully,

    **/s/ Peter M. Sweeney**

    Peter M. Sweeney
    DSB #3671, psweeney@gfmlaw.com

PMS/pas

cc:  Christine M. Poffenbarger
     Laurie Selber Silverstein, Esquire
     Sarah E. DiLuzio, Esquire
     Frederick A. Brodie, Esquire
     David J. Ferry, Jr., Esquire
     Rick S. Miller, Esquire
     Kevin J. Connors, Esquire
     Robert A. Penza, Esquire