IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>  -against-<br><br>RAYMOND JAMES & ASSOCIATES, INC.,<br><br>    Defendant and Cross-claim Defendant,<br><br>and<br><br>CHRISTINE M. POFFENBARGER,<br><br>    Defendant, Counterclaim Plaintiff, Cross-claim Plaintiff and Third-Party Plaintiff,<br><br>  -against-<br><br>WILLIAM R. DAVIS, JAMES W. DAVIS, JR., LINDA M. TROUTT, and STAR ENTERPRISE, INC.,<br><br>Third-Party Defendants. | Civil Action No. 05-288 (KAJ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Potter Anderson & Corroon LLP as counsel for Third-Party Defendant Star Enterprise, Inc.,

ENTER THE APPEARANCE of Cross & Simon LLC, on behalf of Star Enterprise Inc, effective immediately, and

PLEASE CONTINUE THE APPEARANCE *pro hac vice* of Frederick A. Brodie and Kristen R. Fournier, of Pillsbury Winthrop Shaw Pittman LLP on behalf of Star Enterprise, Inc.

| POTTER ANDERSON & CORROON LLP | CROSS & SIMON LLC |
|---|---|
| /s/ Laurie Selber Silverstein<br>Laurie Selber Silverstein (#2396)<br>Sarah E. Diluzio (#4085)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>lsilverstein@potteranderson.com | /s/ Erica Niezgoda Finnegan<br>Erica Niezgoda Finnegan (#3986)<br>913 N. Market Street<br>11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19801<br>(302) 777-4200<br>efinnegan@crosslaw.com<br><br>*Counsel for Star Enterprise, Inc.* |

Dated: July 19, 2005