## CERTIFICATE OF SERVICE

I, Erica Niezgoda Finnegan, certify that on July 19, 2005, I filed the foregoing Notice of Withdrawal and Substitution of Counsel with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David J. Ferry, Esquire
Rick S. Miller, Esquire
Ferry, Joseph & Pearce P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19899
dferry@ferryjoseph.com
rmiller@ferryjoseph.com

Peter Michael Sweeney, Esquire
Gordon, Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806
psweeney@gfmlaw.com

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, Suite 500
Wilmington, DE 19801
kconnors@mdwcg.com

Sarah E. Diluzio, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
sdiluzio@potteranderson.com

/s/ Erica Niezgoda Finnegan
Cross & Simon, LLC
913 N. Market Street
11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(302) 777-4200
efinnegan@crosslaw.com