# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

August 24, 2005

David J. Ferry, Jr., Esq.
Ferry Joseph & Pierce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Peter Michael Sweeney, Esq.
Gordon Fournaris & Mammarella
1925 Lovering Avenue
Wilmington, DE 19806

Kevin J. Connors, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899

Erica Niezgoda Finnegan, Esq.
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Suite 1001
Wilmington, DE 19801

  Re: William R. Davis v. Christine M. Poffenbarger, et al.
     <u>C.A. No. 05-288 (KAJ)</u>

Dear Counsel:

  I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

             Very truly yours,

             Kent A. Jordan

KAJ:cas
Enclosure
cc: Clerk of the Court