Richard H. Cross, Jr.
Christopher P. Simon
Judy M. Jones
Nancy Walsh Law
Donna L. Harris
Amy E. Evans
Erica Niezgoda Finnegan
Sean T. O'Kelly
Kristen Healey Cramer

CROSS & SIMON, LLC
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: efinnegan@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

August 31, 2005

Hon. Kent A. Jordan
U.S. District Judge
U.S. District Court, District of Delaware
844 King Street
Wilmington, DE 19801

Re:   Davis v. Poffenbarger et al.
      C.A. No. 05-288 (KAJ)

Dear Judge Jordan:

    I am local counsel to Star Enterprises, Inc., a third-party defendant in the above styled litigation. Counsel for all parties have received your Honor's letter dated August 24, 2005 and the accompanying form of scheduling order. I write, with consent of all counsel, respectfully to propose that the scheduling of discovery in this matter be deferred until two pending motions have been decided by the Court.

    Currently pending before the Court are the following two motions:

- Star Enterprise, Inc.'s Motion to Dismiss the Third-Party Complaint of Christine Poffenbarger on the ground that the third-party plaintiff has failed to avail herself of the administrative remedies under the Star Enterprise Retirement Plan (Ms. Poffenbarger's counsel requested oral argument on this motion in a letter to the Court dated June 29, 2005); and

- Defendant Raymond James & Associates, Inc.'s Motion for Interpleader and Dismissal (which is not opposed).

    The Court's decision on each of these motions will determine the contours, substance, and parties involved in discovery. For example, if Ms. Poffenbarger is directed to pursue the employee benefit plan's administrative remedies, the resulting administrative decision would be the focus of any future discovery. Presently, there is no administrative action to discover. Similarly, Raymond James & Associates has requested interpleader of the funds held by it. If that request is granted, Raymond James would be dismissed as a party.

CROSS & SIMON, LLC
August 30, 2005
Page 2 of 2

    In light of the significance of the pending motions, Star Enterprise respectfully requests that the scheduling of discovery be deferred pending the Court's decision thereon. As noted above, we have consulted with each of the parties' counsel, and all are in agreement with Star Enterprise's proposal.

    I thank the Court for its time and consideration in this matter.

Respectfully,

*Erica N Finnegan*

Erica Niezgoda Finnegan (#3986)

cc: Clerk of the Court
      Peter M. Sweeney, Esq.
      David J. Ferry, Jr., Esq.
      Kevin J. Connors, Esq.
      Frederick A. Brodie, Esq.