**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: (302) 552 4302**
**Email: kconnors@mdwcg.com**

September 8, 2005

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

Re:   William R. Davis v. Raymond James
      Our File No: 01450-00352
      Claim No: TBA
      Insured: Raymond James Financial, Inc.
      DOL: 06/12/04

Dear Judge Jordan:

The undersigned counsel represents defendant, Raymond James & Associates, Inc., on whose behalf a Motion for Interpleader and Dismissal was filed on June 10, 2005. The Motion is unopposed. In accordance with instructions received from Your Honor's Chambers, I enclose a proposed form of Order for Your Honor's consideration. The enclosed Order is the same in all respects as the proposed Order originally submitted with the Motion for Interpleader and Dismissal except that the name of the bank has been changed from Wilmington Trust Company to Wachovia Bank pursuant to the request from Your Honor's Chambers.

I thank Your Honor for consideration of this matter.

                                            Very truly yours,


                                            Kevin J. Connors

KJC/vll
Enclosure

Cc:  w/enclosure
     Clerk of Court
     David J. Ferry, Jr., Esquire
     Erica Niezgoda Finnegan, Esquire
     Peter M. Sweeney, Esquire
\15_A\LIAB\KJC\LLPG\305331\VXL\01450\00352