# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DISABATINO
(1938-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

September 30, 2005

**Hand Delivered**

The Honorable Kent A. Jordan
United States District Court
644 King Street
Wilmington, DE 19801

   Re:   *Davis v. Raymond James & Assoc., Inc., et al.*
         C.A. No. 05-288 (KAJ)

Dear Judge Jordan:

   I represent plaintiff William Davis in this case. This matter is scheduled for an initial scheduling conference on October 5, 2005. The parties have conferred and agreed on the attached scheduling order with one exception. Counsel for third-party defendant Star Enterprises have asked for the language set forth in ¶3(f) to be included in the order. I have been notified by counsel for the defendant/third-party plaintiff, Christine Poffenbarger, that his client objects to the language sought by Star Enterprises. That is an issue that will need to be addressed at the conference. Other than that, I am not aware of any other disputes over the contents of this order. If the Court has any questions or concerns, I would be pleased to answer them.

                                         Respectfully submitted,

                                         /s/David J. Ferry, Jr.
                                         David J. Ferry, Jr. (#2149)

cc:   William R. Davis
      Kevin J. Connors, Esquire
      Peter M. Sweeney, Esquire
      Kristen R. Fournier, Esquire
      Erica Finnegan, Esquire
      Clerk of the Court (e-filed)