**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: (302) 552 4302**
**Email: kconnors@mdwcg.com**

October 12, 2005

**VIA HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court of the District of Delaware
844 North King Street
Lock Box 18
Wilmington, DE 19801

Re:   William R. Davis v. Raymond James
      Our File No: 01450-00352
      C. A. No. 05-288

Dear Dr. Dalleo:

  The undersigned attorney represents defendant, Raymond James & Associates, Inc. in the above referenced civil action. On September 13, 2005, Judge Jordan issued the enclosed Order, (D. I. 30), granting the Motion of Defendant, Raymond James & Associates, Inc., for Interpleader and Dismissal and authorizing the deposit of funds with the Clerk of the Court, which funds represent the value of IRA account number 71254380 of decedent, James, W. Davis, Sr., with defendant, Raymond James & Associates, Inc. The value of decedent's IRA account has grown from the sum of $116,945.23 referenced in the Order to the current sum of $118,063.50. Accordingly, I enclose a check drawn on the account of defendant, Raymond James & Associates, Inc., in the amount of $118,063.50 made payable to: "Clerk of the Court for U.S. District Court for District of Delaware". I ask that a receipt for this amount be provided to me in the enclosed self-addressed stamped envelope for my client's records.

  It will be the position of the Internal Revenue Service ("IRS") that this sum, when ultimately paid to a beneficiary, will be subject to taxes. Therefore, I ask that the Court and/or counsel for the ultimate beneficiary to provide the social security number or tax identification number of the ultimate beneficiary of the proceeds to me so that I can provide it to my client, Raymond James, who will duly transmit this information to the IRS to satisfy my client's record keeping obligations.

Dr. Peter T. Dalleo
10/13/2005
Page 2

---

    Thank you for your courtesy and cooperation.  Should you have any questions, please do not hesitate to contact me.

                Very truly yours,

                Kevin J. Connors

KJC/vll
Enclosures

Cc:    Honorable Kent A. Jordan
        David J. Ferry, Jr., Esquire
        Peter M. Sweeney, Esquire
        Erica Niezgoda Finnegan, Esquire

\15_A\LIAB\KJC\LLPG\308765\VXL\01450\00352

Dr. Peter T. Dalleo
10/13/2005
Page 3

---

Bcc:   Michael R. Alford, Esquire
       Thomas A. Talley

Case 1:05-cv-00288-KAJ   Document 39   Filed 10/13/2005   Page 3 of 3