Date: 10/07/05

**RAYMOND JAMES**

CLERK OF THE COURT FOR U.S.
DISTRICT COURT FOR DISTRICT OF
DELAWARE

Account Number:     712543801

| Check Number | Gross Amount | Fed Withholding | State Withholding | Net Amount |
|---|---|---|---|---|
| 324546 | 118063.50 | .00 | .00 | 118,063.50 |

trf out

