IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased, <br><br>     Plaintiff and Counterclaim <br>     Defendant, <br><br> v. <br><br> RAYMOND JAMES & ASSOCIATES, INC., <br><br>     Defendant and Cross-claim <br>     Defendant, <br><br> and <br><br> CHRISTINE M. POFFENBARGER, <br><br>     Defendant, Counterclaim <br>     Plaintiff, Cross-claim <br>     Plaintiff and Third-Party <br>     Plaintiff, <br><br> v. <br><br> WILLIAM R. DAVIS, JAMES W. DAVIS, JR., LINDA M. TROUTT, AND STAR ENTERPRISE, INC., <br><br>     Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> )   C.A. No. 05-288 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned certifies that two copies of Plaintiff William R. Davis's and Third-Party Defendants James W. Davis and Linda M. Troutt's Initial Disclosures Under Rule 26(a)(1) of the Federal Rules of Civil Procedure were served on October 17, 2005 to the counsel on the attached service list in the indicated manner.

                        FERRY, JOSEPH & PEARCE, P.A.

                        /s/David J. Ferry, Jr.
                        David J. Ferry, Jr. (#2149)
                        Rick S. Miller (#3418)
                        824 Market Street, Suite 904
                        P.O. Box 1351
                        Wilmington, DE 19899-1351
                        (302) 575-1555
                        Attorneys for William R. Davis, James W. Davis., Jr.
                        and Linda M. Troutt

Dated: October 17, 2005

SERVICE LIST

**HAND DELIVERY**

Erica Niezgoda Finnegan, Esquire
Cross & Simon
913 N. Market Street, Suite 1001
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall Dennehey et al.
1220 N. Market Street, 5th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**

Robert A. Penza, Esquire
Peter M. Sweeney, Esquire
Gordon Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

Frederick A. Brodie, Esquire
Kristen R. Fournier, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036