**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

**WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased,**

**Plaintiff, Counterclaim-Defendant,**

**v.**

**RAYMOND JAMES & ASSOCIATES, INC.,**

**Defendant, Crossclaim-Defendant,**

**and**

**CHRISTINE M. POFFENBARGER,**

**Defendant, Counterclaim-Plaintiff, Crossclaim-Plaintiff and Third-Party Plaintiff,**

**v.**

**WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC.,**

**Third-Party Defendants.**

**C.A. No.: 05-288 (KAJ)**

**AMENDED NOTICE OF SERVICE**

I, Peter M. Sweeney, Esquire, hereby certify that on this 17th day of October 2005, I caused two true and correct copies of Defendant and Third-Party Plaintiff Christine M. Poffenbarger's Initial Disclosures to served on the following individuals via hand delivery or U.S. Mail as indicated:

**VIA HAND DELIVERY**

David J. Ferry, Jr., Esquire
Ferry, Joseph & Pearce, P. A.
824 Market Street, Suite 904
Wilmington, DE 19801

Kevin J. Connors, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
Wilmington, DE 19801

Erica N. Finnegan, Esquire
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19899

**REGULAR U.S. MAIL**

Frederick A. Brodie, Esquire
Kristen R. Fournier, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

**/s/ Peter M. Sweeney**

Date: October 17, 2005

Robert A. Penza, Esq. (DSB #2769)
Peter M. Sweeney, Esq. (DSB #3671)
1925 Lovering Avenue
Wilmington, DE 19806
(302) 652-2900
psweeney@gfmlaw.com
Attorneys for Defendant, Crossclaim-Plaintiff, Counterclaim-Plaintiff and Third-Party Plaintiff Christine M. Poffenbarger