IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RAYMOND JAMES & ASSOCIATES, INC.,<br><br>    Defendant and Cross-claim Defendant,<br><br>and<br><br>CHRISTINE M. POFFENBARGER,<br><br>    Defendant, Counterclaim Plaintiff, Cross-claim Plaintiff and Third-Party Plaintiff,<br><br>v.<br><br>WILLIAM R. DAVIS, JAMES W. DAVIS, JR., LINDA M. TROUTT, AND STAR ENTERPRISE, INC.,<br><br>    Third-Party Defendants. | C.A. No. 05-288 (KAJ) |

## NOTICE OF DEPOSITION OF THOMAS TALLEY

TO:   Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington DE 19806

Kevin J. Connors, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1220 N. Market St., 5th Fl.
Wilmington, DE 19899

Erica Niezgoda Finnegan, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Thomas Talley of Raymond James & Associates, Inc. on Thursday, December 15, 2005 at 10:00 a.m. in the offices of Ferry, Joseph & Pearce, P.A., 824 Market Street, Suite 904, Wilmington, Delaware.

        FERRY, JOSEPH & PEARCE, P.A.

        */s/ David J. Ferry, Jr.*

        _____
        David J. Ferry, Jr. (#2149)
        Rick S. Miller (#3418)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE 19899-1351
        (302) 575-1555
        Attorney for Plaintiff/Counter-claim Defendant William R. Davis and Third-Party Defendants James W. Davis and Linda M. Troutt

Dated: November 25, 2005

cc:    Chancery Court Reporters

## CERTIFICATE OF SERVICE

I hereby certify that two copies of the within Notice of Deposition of Thomas Talley were served by first class mail on December 1, 2005 upon the following:

Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington DE 19806

Kevin J. Connors, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1220 N. Market St., 5th Fl.
Wilmington, DE 19899

Erica Niezgoda Finnegan, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

_____
DAVID J. FERRY, JR. (#2149)