IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM R. DAVIS, as executor of the )
estate of James W. Davis, Sr., )
deceased, )
                                        )
                    Plaintiff, )
                                        )    Civil Action No. 05-288 (KAJ)
            v.                          )
                                        )
CHRISTINE M. POFFENBARGER, ET )
AL., )
                                        )
                    Defendants. )

## ORDER

At Wilmington this **20th** day of **December, 2005**,

IT IS ORDERED that the status teleconference presently set for

**January 11, 2006 at 4:30 p.m.** is hereby rescheduled to **January 11, 2006 at 2:30**

**p.m.** Counsel for plaintiffs shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE