# FERRY, JOSEPH & PEARCE, P.A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DISABATINO
(1938-2001)

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR)

Hand-Delivered

January 4, 2006

The Honorable Kent A. Jordan
United States District Court
644 King Street
Wilmington, DE 19801

  Re: *Davis v. Raymond James & Assoc., Inc., et al.*
    <u>C.A. No. 05-288 (KAJ)</u>

Dear Judge Jordan:

  I received a copy of Mr. Sweeney's status report to the Court dated this date. On behalf of the plaintiffs/counterclaim defendants, I concur with Mr. Sweeney's comments with one exception. The plaintiffs/counterclaim defendants have not yet conceded the validity of the "new" beneficiary designation form recently provided by Star Enterprise.

  If the Court has any questions, I would be pleased to answer them.

           Respectfully submitted,

           /s/David J. Ferry, Jr.

           David J. Ferry, Jr. (#2149)

cc: Kevin J. Connors, Esquire
   Erica Niezgoda Finnegan, Esquire
   Frederick A. Brodie, Esquire
   Robert A. Penza, Esquire
   Peter M. Sweeney, Esquire
   Mr. William Davis
   Mr. James Davis, Jr.
   Ms. Linda Troutt
   Clerk of the Court (e-filed)