**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: (302) 552 4302**
**Email: kjconnors@mdwcg.com**

January 13, 2006

The Honorable Kent A. Jordan
U.S. District Court of the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

    Re:    William R. Davis v. Raymond James
             Our File No: 01450-00352
             Claim No: TBA
             Insured: Raymond James Financial, Inc.
             DOL: 06/12/04

Dear Judge Jordan:

      The undersigned attorney represents defendant, Raymond James & Associates, Inc., in the above referenced matter which was the subject of a telephone Status Conference with Your Honor and counsel on January 12, 2006 at 3:30 p.m. Consistent with discussions during the telephone Status Conference, I enclose two (2) proposed Orders for Your Honor's consideration.

      On September, 13, 2005, Your Honor issued an Order, granting Raymond James & Associates' Motion for Interpleader and Dismissal and authorizing the deposit of funds with the Clerk of the Court in an amount equal to $116,946.23, which represented the value of decedent, James W. Davis, Senior's IRA account at the time of the filing of the Motion for Interpleader and Dismissal.  By October 12, 2005, the value of the IRA account had grown to $118,063.50 and on October 12, 2005, a check drawn on the account of Raymond James & Associates, Inc. in the amount of $118,063.50 made payable to the Clerk of the Court for U.S. District Court for the District of Delaware was hand delivered to the Clerk of the Court.  Subsequently, Ms. Fennigan from the Clerk's Office contacted the undersigned defense counsel to advise that an Order reflecting the actual amount of funds deposited was necessary.  Accordingly, I enclose a proposed Amended Order, which simply reflects the amount of $118,063.50 which was actually deposited with the Clerk of the Court for Your Honor's consideration.

      I also enclose a second proposed Order of Dismissal of Raymond James & Associates, Inc., for Your Honor's consideration, because Raymond James & Associates, Inc. has complied with the Court's directives concerning interpleader of the funds at issue.

The Honorable Kent A. Jordan
January 13, 2006
Page 2

---

      On behalf of my client, Raymond James & Associates, Inc., I thank Your Honor for consideration of this matter.

      Very truly yours,

      /s/ Kevin J. Connors (I.D. No. 2135)

      Kevin J. Connors

KJC/vll

Enclosures

Cc:    w/enclosures
       Dr. Peter T. Dalleo, Clerk of the Court
       Rick Miller, Esquire
       Erica L. Niezgoda Finnegan, Esquire
       Peter M. Sweeney, Esquire
       Frederick A. Brodie, Esquire

\15_A\LIAB\KJCONNORS\LLPG\328181\VLLUCAS\01450\00352

The Honorable Kent A. Jordan
January 13, 2006
Page 3

---

Rick Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Erica L. Niezgoda Finnegan, Esquire
Cross & Simon LLC
913 N. Market Street, Suite 1001
PO Box 1380
Wilmington, DE 19899-1380

Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, PA
1925 Lovering Avenue
Wilmington, DE  19806

Frederick A. Brodie, Esquire
Pillsbury Winthrop
1540 Broadway
New York, NY 10036-4039