IN THE UNITED STATE OF THE DISTRICT OF DELAWARE

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased | : | |
| Plaintiffs, | : | C.A. No. 05-288 |
| v. | : | |
| RAYMOND JAMES & ASSOCIATES, INC., a Florida corporation | : | |
| Defendant, Crossclaim-Defendant, | : | |
| and | : | |
| CHRISTINE M. POFFENBARGER, | : | |
| Defendant, Counterclaim-Plaintiff, Crossclaim-Plaintiff and Third-Party Plaintiff | : | |
| v. | : | |
| WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC. a Delaware corporation, | : | |
| Third-Party Defendants. | : | |

## ORDER

**WHEREAS**, defendant, Raymond James & Associates, Inc., filed a Motion for Interpleader and Dismissal, wishing to have certain funds transferred to and deposited with the Clerk of the Court; and

WHEREAS, the Court granted the Motion for Interpleader and Dismissal by Order dated September 13, 2005;

WHEREAS, the Court issued an Amended Order dated 1/17/06, for administrative purposes, to reflect that the actual amount of the check drawn on the account of defendant, Raymond James & Associates, Inc., and paid to the Clerk of the Court was $118,063.50; and

WHEREAS, defendant, Raymond James & Associates, Inc., has complied with the Court's Orders concerning interpleader of the funds on October 12, 2005 by providing the Clerk of the Court with a check drawn on the account of defendant, Raymond James & Associates, Inc., made payable to the order of the Clerk of the Court in an amount equal to the entire then-current value of IRA account number 71254380 of decedent, James W. Davis, Sr.;

NOW THEREFORE, IT IS HEREBY ORDERED that defendant, Raymond James & Associates, Inc., is hereby discharged from any further obligations relating to decedent's IRA account number 71254380 and is hereby dismissed from the above-captioned action with prejudice.

_____
United States District Judge

Dated: Jan. 17, 2006

\15_A\LIAB\KJCONNORS\LLPG\328195\VLLUCAS\01450\00352