IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM R. DAVIS, as executor of the estate of James W. Davis, Sr., deceased, : : : :     Plaintiff, Counterclaim-     Defendant, : : : v. : : RAYMOND JAMES & ASSOCIATES, INC., : :     Defendant, Crossclaim-     Defendant, : : :    and : : CHRISTINE M. POFFENBARGER, : :     Defendant, Counterclaim-     Plaintiff, Crossclaim-     Plaintiff and     Third-Party Plaintiff, : : : : : v. : : WILLIAM R. DAVIS, JAMES W. DAVIS, JR., and LINDA M. TROUTT, and STAR ENTERPRISE, INC., : : : :     Third-Party Defendants. : | C.A. No.: 05-288 (KAJ) |

**STIPULATION OF PARTIAL DISMISSAL, REMAND AND ORDER**

    COMES NOW, all parties to the above referenced litigation, by and through their respective attorneys, and hereby stipulate as follows:

    1.  The Third-Party Complaint filed by Christine M. Poffenbarger against Star Enterprise, Inc., William R. Davis, James W. Davis, Jr. and Linda M. Troutt shall be dismissed as to all Third-Party Defendants with prejudice.

2. Since the Third-Party Complaint has been dismissed and all federal questions resolved, pursuant to 28 U.S.C. §1441(c), the remaining issues concerning the IRA are hereby remanded to the Delaware Court of Chancery as Civil Action Number 873-N.

3. The interpleaded funds from Raymond James & Associates, Inc. deposited with Wachovia Bank in an interest bearing account, opened in the following name, "Clerk of the Court of the United States District Court for the District of Delaware, Civil Action No.: 05-288" (the "Interpleaded Funds"), shall also be remanded to the Court of Chancery of the State of Delaware in and for New Castle County.

4. The parties agree to cooperate to take the necessary steps to transfer the Interpleaded Funds to the Court of Chancery of the State of Delaware in and for New Castle County for Civil Action No: 873-N. The Interpleaded Funds shall remain on deposit after transfer to the Court of Chancery until further Order of that Court.

**GORDON, FOURNARIS & MAMMARELLA, P.A.**     **CROSS & SIMON, LLC**

**/s/ Peter M. Sweeney**                                    **/s/ Erica N. Finnegan**
_____            _____
Robert A. Penza, Esq. (#2769)                       Erica Niezgoda Finnegan, Esq.
Peter M. Sweeney, Esq.(#3671)                      (#3986)
1925 Lovering Avenue                                     913 N. Market Street, 11th Floor
Wilmington, DE   19806                                   Wilmington, DE   19801
(302) 652-2900                                                 (302) 777-4200
psweeney@gfmlaw.com                                 efinnegan@crosslaw.com
Attorneys for Poffenbarger                            Attorney for Star Enterprise, Inc.

DATE: January 17, 2006                                  DATE: January 17, 2006

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** | **FERRY, JOSEPH & PEARCE, P.A.** |
| /s/ Kevin J. Connors | /s/ David J. Ferry, Jr. |
| Kevin J. Connors, Esq. (#2135)<br>1220 N. Market Street, 5th Floor<br>Wilmington, DE  19801<br>(302) 552-4302<br>kconnors@mdwcg.com<br>Attorney for Raymond James & Associates, Inc. | David J. Ferry, Jr., Esq. (#2149)<br>824 Market Street, Suite 904<br>Wilmington, DE  19801<br>(302) 575-1555<br>dferry@ferryjoseph.com<br>Attorney for William R. Davis, as Executor of the Estate of James W. Davis, Sr., and individually, James W. Davis, Jr. and Linda M. Troutt |
| DATE: January 17, 2006 | DATE: January 17, 2006 |

IT IS SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Kent A. Jordan