GORDON, FOURNARIS & MAMMARELLA, P.A.

ATTORNEYS AT LAW

1925 LOVERING AVENUE

WILMINGTON, DELAWARE  19806

PETER S. GORDON*
THOMAS MAMMARELLA
EMMANUEL G. FOURNARIS*
ROBERT A. PENZA
BRYAN E. KEENAN*
PETER M. SWEENEY
FRANCIS X. GORMAN
MICHAEL M. GORDON**

TELEPHONE NUMBER:
(302) 652-2900
TELECOPIER NUMBERS:
(302) 652-1142
(302) 652-2348

_____

SPECIAL COUNSEL
GROVER C. BROWN
MICHAEL J. MAIMONE*

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR
+ALSO NEW YORK BAR

January 17, 2006

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
844 N. King Street, Room 4209
Lock Box 10
Wilmington, DE   19801

>    Re:   **William R. Davis, as executor of the estate of James W. Davis,
>          Sr., deceased v. Raymond James & Associates, Inc. and
>          Christine M. Poffenbarger v. William R. Davis, James W. Davis,
>          Jr. and Linda M. Troutt, and Star Enterprise, Inc.**
>          **C. A. No.: 05-288 (KAJ)**

Dear Judge Jordan:

During the Status Teleconference, which occurred on Thursday,
January 12, 2006 at 3:30 p.m., the Court allowed the parties until
the end of business on Friday, January 13, 2006 to submit a letter
memorandum citing authority as to why Christine M. Poffenbarger
should not be allowed to dismiss her Third-Party Complaint.  If no
such letter memorandum was filed, then the parties were to submit
a Stipulated Order resolving the Third-Party Complaint.  No such
letter memorandum was filed with the Court.  As such, kindly find
enclosed a courtesy copy of the Stipulation of Partial Dismissal,
Remand and Order (the "Stipulation"), in the above referenced
matter, which was electronically filed in the United States
District Court for the District of Delaware today.  All counsel
have reviewed and agreed to the form of this Stipulation.

The Honorable Kent A. Jordan
January 17, 2006
Page 2

      Counsel are available at the Court's convenience to further discuss this matter.

Respectfully,

**/s/ Peter M. Sweeney**

Peter M. Sweeney
DSB #3671
psweeney@gfmlaw.com

PMS/pas
Enclosure

cc:  Clerk of the Court (w/encl. via hand delivery)
    Christine M. Poffenbarger (w/encl. via U.S. mail)
    Erica Niezgoda Finnegan, Esquire (w/encl. via efiling)
    Frederick A. Brodie, Esquire (w/encl. via U.S. mail)
    David J. Ferry, Jr., Esquire (w/encl. via efilng)
    Rick S. Miller, Esquire (w/encl. via efiling)
    Kevin J. Connors, Esquire (w/encl. via efiling)
    Robert A. Penza, Esquire (w/o encl.)