

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 19, 2006

New Castle County Court of Chancery
Attn: Clerk
New Castle County Courthouse
500 North King Street
Wilmington, DE 19801

Re:    Davis v. Poffenbarger
C.A. No. 05-288 KAJ

Dear Clerk:

Enclosed please find a certified copy of the Remand Order dated January 19, 2006 signed by the Honorable Kent A. Jordan remanding the above case back to the Court of Chancery. Please feel free to contact me at (302) 573-6623 should you have any questions.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _Bob Cruikshank_

Enclosure
cc:    All Counsel via CM/ECF
Honorable Kent A. Jordan