## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM R. DAVIS, as Executor of the Estate of James W. Davis, Sr., deceased, | : : : | |
| Plaintiff and Counterclaim Defendant, | : : : | |
| v. | : : | Civil Action No. 05-288-KAJ |
| RAYMOND JAMES & ASSOCIATES, INC., | : : : | |
| Defendant and Crossclaim Defendant, | : : : | |
| and | : : | |
| CHRISTINE M. POFFENBARGER, | : : | |
| Defendant, Counterclaim Plaintiff, Crossclaim Plaintiff and Third-Party Plaintiff, | : : : : : | |
| v. | : : | |
| WILLIAM R. DAVIS, JAMES W. DAVIS, JR., LINDA M. TROUTT, and STAR ENTERPRISE, INC., | : : : : | |
| Third-Party Defendants. | : | |

## **ORDER**

At Wilmington this **24th** day of **April, 2006**,

IT IS ORDERED that the mediation conference scheduled for Friday, June 2, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE